FILED

2003 AUG 13 P 12: 19

US DIST...

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHELLE MARTIN,

          Plaintiff,

v.                                      Civ. Action No. 301CV02189(SRU)

DUPONT FLOORING SYSTEMS, INC.
and
DUPONT COMMERCIAL FLOORING      August 12, 2003
SYSTEMS, INC

          Defendants.

## MOTION FOR LEAVE TO AMEND

Plaintiff, pursuant to FRCP 15(a), hereby makes this motion for leave to file a second amended Complaint in the above matter. Plaintiff has made minor changes to the pleadings to conform to the evidence adduced during discovery. Plaintiff has not added any additional causes of action.

As such, Plaintiff respectfully requests that this Court grant its motion for leave to amend the complaint, together with such other and further relief as to this court may deem just and proper.

**ORAL ARGUMENT REQUESTED**

**NO TESTIMONY REQUIRED**

GRANTED. The clerk shall docket the Second Amended Complaint. So ordered.
Stefan R. Underhill
United States District Judge
10/23/03

FILED 2003 OCT 23 P 2:00 US DIST...