FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT            2003 DEC -3  A 10: 14

| | |
|---|---|
| MICHELLE MARTIN, | |
| Plaintiff, | CIVIL ACTION NO. |
| | 3:01CV02189 (SRU) |
| v. | |
| DUPONT FLOORING SYSTEMS, INC. and DUPONT COMMERCIAL FLOORING SYSTEMS, INC., | |
| Defendants. | DECEMBER 2, 2003 |

MOTION FOR EXTENSION OF TIME

Defendants move for a fifteen (15) day extension of time to Answer the Second Amended Complaint through and including December 17, 2003. The Second Amended Complaint was served by mail on November 5, 2003 and the Answer was due on November 18, 2003. This extension of time is necessary because information regarding a number of new factual allegations was not readily available.

This is the first request for extension of time in connection with this pleading. The Defendants attempted to contact Plaintiff's counsel but were unable to determine the Plaintiff's position on this motion.

DEFENDANT - DUPONT FLOORING SYSTEMS, INC.

By _____
    Marilyn B. Fagelson – ct17202

Murtha Cullina LLP
Whitney Grove Square
Two Whitney Avenue
P.O. Box 704
New Haven, Connecticut 06503-0704
Telephone: (203) 772-7700
Fax: (203) 772-7723
E-mail: mfagelson@murthalaw.com

Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time was mailed via UPS overnight mail on this 2nd day of December 2003, to:

Fern H. Paes, Esq. and Michael T. Paes, Esq., Paes & Paes, LLC, 4 Washington Avenue, Sandy Hook, CT 06482.

                                                */s/ Marilyn B. Fagelson*
                                                Marilyn B. Fagelson - ct17202