FILED

2003 DEC -3 A 10: 14

US D...

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHELLE MARTIN,

        Plaintiff,

v.

DUPONT FLOORING SYSTEMS, INC.
and DUPONT COMMERCIAL
FLOORING SYSTEMS, INC.,

        Defendants.

CIVIL ACTION NO.
3:01CV02189 (SRU)

DECEMBER 2, 2003

## MOTION FOR EXTENSION OF TIME

Defendants move for a fifteen (15) day extension of time to Answer the Second Amended Complaint through and including December 17, 2003. The Second Amended Complaint was served by mail on November 5, 2003 and the Answer was due on November 18, 2003. This extension of time is necessary because information regarding a number of new factual allegations was not readily available.

This is the first request for extension of time in connection with this pleading. The Defendants attempted to contact Plaintiff's counsel but were unable to determine the Plaintiff's position on this motion.

---

[Handwritten annotation in margin: "Denied as moot. The Answer has been docketed. So ordered. 12/3/03"]