UNITED STATES DISTRICT COURT
STATE OF CONNECTICUT
-------------------------------------------------------------------------------x

MICHELLE MARTIN,

Plaintiff

v.

DUPONT FLOORING SYSTEMS, INC.,
and DUPONT COMMERCIAL FLOORING
SYSTEMS, INC.

Defendant.

CIVIL ACTION NO.
301CV 02189 (SRU)

December 12, 2003

-------------------------------------------------------------------------------x

## PLAINTIFF'S RESPONSE TO DEFENDANTS' FIRST AFFIRMATIVE DEFENSE IN ITS ANSWER TO SECOND AMENDED COMPLAINT

Subject to and not waiving its objection to Defendants' Answer, made in its December 4, 2003 Memorandum in Opposition to Defendant's Motion for Extension of Time and Motion to Strike Answe,r Plaintiff hereby states

First Affirmative Defense is:
Denied

By the Plaintiff, through her attorney,

Fern H. Paes (CT21566)
Paes & Paes, LLC
4 Washington Avenue
Sandy Hook, CT  06482
(203) 270-6441

## Certification

I hereby certify that a copy of the Response attached hereto was sent via US mail on this December 12, 2003 to Defendants' counsel of record:

Marilyn Fagelson & Hugh F. Murray III
Murtha Cullina LLP
Whitney Grove Square
Two Whitney Avenue
P.O. Box 704
New Haven, Connecticut   06503-0704

                                              Fern H. Paes