*01CV2189 OPP MEMO*

*The motion to strike the Answer is denied, without any prejudice. SO ordered. 1/6/04*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHELLE MARTIN, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 301CV02189 (SRU) |
| DUPONT FLOORING SYSTEMS, INC. and DUPONT COMMERCIAL FLOORING SYSTEMS, INC., | : |
| Defendants. | : December 4, 2003 |

## MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR EXTENSION OF TIME AND MOTION TO STRIKE ANSWER

Defendants have moved for a motion for extension of time dated December 2, 2003, alleging that an extension of time was necessary "because information regarding a number of new factual allegations was not readily available." Defendants had been in possession of the second amended complaint since about August 13, 2003, having been served via US Mail on August 12, 2003 along with Plaintiff's motion for leave to amend. His Honor ordered the Second Amended complaint docketed on October 23, 2003. In order to remind Defendant that its answer was due, Plaintiff's counsel served the Second Amended Complaint on Defendant's counsel on November 5, 2003. The Second Amended Complaint was necessary to make minor changes to the pleading to conform to the evidence adduced during discovery. Depositions of Defendant's witnesses were completed on January 15, 2003 although a number of Defendant's errata sheets were not supplied to Plaintiff until July, 2003. Documents continued to be produced into April 2003 (including documents dating back to 2000, not previously provided by

1