CT/cvmhrg (January 10, 2002)

HONORABLE Stefan Underhill
DEPUTY CLERK Montz  RPTR/ERO/TAPE Catucci

TOTAL TIME: ___ hours 40 minutes

DATE 2.27.04  START TIME 3:20  END TIME 4:00
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. 3:01cv 2189 (SRU)

Martin vs. Dupont Flooring

Michael Paes
Tom Paes
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

~~Ferry Paes~~ Hugh Murray
Marilyn Fagelson
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

- ☑ (mhrgh) Motion Hearing
- ☐ (contmphrg.) Contempt Hearing
- ☐ (pchrg.) Probable Cause Hearing
- ☐ (mischrg.) Miscellaneous Hearing
- ☐ (confmhrg.) Confirmation Hearing
- ☐ (evidhrg.) Evidentiary Hearing
- ☐ (fairhrg.) Fairness Hearing
- ☐ (showhrg.) Show Cause Hearing
- ☐ (jgmdbexam.) Judgment Debtor Exam
- ☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☑ #32 Motion for Summary Judgment — ☐ granted ☐ denied ☑ advisement

Hearing continued until _____ at _____