UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHELLE MARTIN, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 301CV02189 (SRU) |
| v. | : | |
| | : | |
| DUPONT FLOORING SYSTEMS, INC. | : | |
| and DUPONT COMMERCIAL | : | |
| FLOORING SYSTEMS, INC., | : | |
| | : | |
| Defendants. | : | MARCH 2, 2004 |

### DEFENDANTS' MOTION FOR PERMISSION TO FILE A SECOND SUPPLEMENTAL MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

During the course of oral argument on Defendants' Motion for Summary Judgment held on February 27, 2004, the Court asked Defendants to identify the support that the case of <u>Franco v. Yale Univ.</u>, 238 F. Supp. 2d 449 (D. Conn., 2002), might lend to the proposition that a claim of good faith and fair dealing required a showing of reliance. The purpose of the Defendants' Second Supplemental Memorandum is to respond to that inquiry. For this reason, the Defendants respectfully request that Court permit the Defendants to file the Second Supplemental Memorandum in Support of Their Motion for Summary Judgment.

**ORAL ARGUMENT NOT REQUESTED**

        DEFENDANTS - DUPONT FLOORING
        SYSTEMS, INC. and DUPONT
        COMMERCIAL FLOORING SYSTEMS, INC.

        By: _____
            Hugh F. Murray, III - ct11418
            Marilyn B. Fagelson - ct17202

        Murtha Cullina LLP
        Whitney Grove Square
        Two Whitney Avenue
        P.O. Box 704
        New Haven, Connecticut 06503-0704
        Telephone: (203) 772-7700
        Fax: (203) 772-7723
        E-mail: hmurray@murthalaw.com
                mfagelson@murthalaw.com
Their Attorneys

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendants' Motion for Permission to File a Second Supplemental Memorandum in Support of Their Motion for Summary Judgment was sent by first class mail, postage prepaid, on March 2, 2004 to Fern H. Paes, Esq. and Michael T. Paes, Esq., Paes & Paes, LLC, 4 Washington Avenue, Sandy Hook, CT 06482.

_____
Marilyn B. Fagelson - ct17202