56

*Granted. The clerk shall docket the Supplemental Memorandum. So ordered.*

*[Judge signature] 7 Mar 2004*

FILED 2004 MAR -5 P 2:08
US DISTRICT COURT
BRIDGEPORT CT

FILED 2004 MAR -8 P 3:1[?]
US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHELLE MARTIN,

    Plaintiff,

v.

DUPONT FLOORING SYSTEMS, INC.
and DUPONT COMMERCIAL
FLOORING SYSTEMS, INC.,

    Defendants.

CIVIL ACTION NO.
301CV02189 (SRU)

46

MARCH 2, 2004

### DEFENDANTS' MOTION FOR PERMISSION TO FILE A SECOND SUPPLEMENTAL MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

During the course of oral argument on Defendants' Motion for Summary Judgment held on February 27, 2004, the Court asked Defendants to identify the support that the case of Franco v. Yale Univ., 238 F. Supp. 2d 449 (D. Conn., 2002), might lend to the proposition that a claim of good faith and fair dealing required a showing of reliance. The purpose of the Defendants' Second Supplemental Memorandum is to respond to that inquiry. For this reason, the Defendants respectfully request that Court permit the Defendants to file the Second Supplemental Memorandum in Support of Their Motion for Summary Judgment.

**ORAL ARGUMENT NOT REQUESTED**