UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 APR 14 P 3: 19

U.S. DISTRICT COURT
BRIDGEPORT, CONN

MICHELLE MARTIN

v.

DUPONT FLOORING SYSTEMS, INC. and
DUPONT COMMERCIAL FLOORING
SYSTEMS, INC.

3:01CV2189 (SRU)

## JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of defendant's motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on March 31, 2004, a Ruling on Defendant's Motion for Summary Judgment was entered by the Court granting defendant's motion.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 14th day of April, 2004.

Kevin F. Rowe, Clerk

By _____
Deputy Clerk

Entered on Docket _____