UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHELLE MARTIN,

          Plaintiff,

CIV. ACTION NO.   301CV02189(SRU)

v.

5/12/04

DUPONT FLOORING SYSTEMS, INC. and
DUPONT COMMERCIAL FLOORING SYSTEMS, INC.,

          Defendants.

## MOTION FOR STAY OF JUDGMENT

Pursuant to FRAP 8(a)(1), Plaintiff MICHELLE MARTIN, respectfully moves this court for a stay of the 4/14/04 Judgment or Order: Judgment for Defendants on Motion for Summary Judgment on all counts. Pursuant to FRAP 4(a)(5), upon consent of opposing counsel, Plaintiff has moved this Court for extension of time to file its notice of appeal. In addition, Plaintiff filed, under seal (pursuant to court order), a motion for reconsideration in accordance with the local rules.

      WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion in its entirety, together with such other and further relief as to this Court may deem just and proper.

Respectfully submitted,
PLAINTIFF MICHELLE MARTIN

BY: _____
MICHAEL T. PAES, ESQ. - Fed. Bar No. CT 19303
Paes & Paes, LLC
4 Washington Avenue
Sandy Hook, CT 06482
203-270-6441

CERTIFICATION - This is to certify that a copy of this Motion for Extension of Time and Motion for Stay was sent, via first class mail, postage prepaid, on this date to:

Attorneys Marilyn Fagelson and Hugh Murray
Murtha Cullina LLP
Whitney Grove Square
Two Whitney Avenue
New Haven, CT  06510

MICHAEL PAES
Fern H. Paes