UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHELLE MARTIN,

        Plaintiff,

v.

DUPONT FLOORING SYSTEMS, INC. and
DUPONT COMMERCIAL FLOORING SYSTEMS, INC.,

        Defendants.

CIV. ACTION NO. 3:01CV02189(SRU)

FILED
2004 MAY 12
U.S. DISTRICT COURT
BRIDGEPORT, CONN
5/12/04

## MOTION ON CONSENT OF BOTH PARTIES FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

Pursuant to FRAP 4(a)(5), Plaintiff MICHELLE MARTIN, respectfully requests leave to file its notice of appeal out of time. Plaintiff desires to appeal the judgment in this action entered on 4/14/04, but failed to file a notice of appeal within the required number of days because there is a pending Motion for Reconsideration of the Judgment, filed 4/9/04 (under seal). Should the Motion for Reconsideration be granted, it would make the need to file the appeal moot. Plaintiff respectfully requests that the Court extend the time for Plaintiff to file a Notice of Appeal until ten days after the Court's ruling on the motion for reconsideration.

Plaintiff has consulted with counsel for Defendant, who consents to this relief.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion in its entirety, together with such other and further relief as to this Court may deem just and proper.

        Respectfully submitted,
        PLAINTIFF MICHELLE MARTIN

BY: _____
        MICHAEL T. PAES, ESQ. - Fed. Bar No. CT 19303
        Paes & Paes, LLC
        4 Washington Avenue
        Sandy Hook, CT 06482
        203-270-6441

CERTIFICATION - This is to certify that a copy of this Motion for Extension of Time and Motion for Stay was sent, via first class mail, postage prepaid, on this date to:

Attorneys Marilyn Fagelson and Hugh Murray
Murtha Cullina LLP
Whitney Grove Square
Two Whitney Avenue
New Haven, CT 06510

MICHAEL PAES