FORM 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**FILED**
2004 JUN 10 P 2:59
U.S. DISTRICT COURT
BRIDGEPORT CONN

<u>MICHELLE MARTIN</u>

CIVIL CASE NO. 301CV2189(SRU)

v.

<u>DUPONT FLOORING SYSTEMS, INC</u>
<u>AND DUPONT COMMERCIAL FLOORING SYSTEM INC.</u>

## NOTICE OF APPEAL

1. Pursuant to F.R.A.P 4(a)(1), <u>Plaintiff, Michelle Martin</u> hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following
Judgement or Order (describe the Judgement or Order):

<u>Motion for Summary Judgment granted in favor of Defendants on all counts.</u>

2. The Judgement/Order in this action was entered on <u>April 14, 2004.</u>
(date)

_____
Signature

<u>Michael T. Paes</u>
Print Name

<u>Paes & Paes, LLC</u>

<u>4 Washington Ave. Sandy Hook, CT</u>
Address       <u>06482</u>

Date: <u>June 10, 2004</u>

<u>203 - 270 - 6441</u>
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2004 APR 14 P 3: 19

U.S. DISTRICT COURT
BRIDGEPORT, CONN

MICHELLE MARTIN

v.                              3:01CV2189 (SRU)

DUPONT FLOORING SYSTEMS, INC. and
DUPONT COMMERCIAL FLOORING
SYSTEMS, INC.

## JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of defendant's motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on March 31, 2004, a Ruling on Defendant's Motion for Summary Judgment was entered by the Court granting defendant's motion.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 14th day of April, 2004.

Kevin F. Rowe, Clerk

By _____
Deputy Clerk

Entered on Docket 4-14-04