UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHELLE MARTIN,

        Plaintiff,

        v.

DUPONT FLOORING SYSTEMS, INC. and
DUPONT COMMERCIAL FLOORING SYSTEMS, INC.,

        Defendants.

CIV. ACTION NO. 301CV02189(SRU)

7/6/04

## INDEX TO THE RECORD ON APPEAL

|  | No. of pages |
|---|---|
| Cert. Copy of docket sheet | 9 |

|  | Document No. |
|---|---|
| Motion to Amend, doc. #30 | 1 |
| Memorandum in support of Motion to Amend, doc. #31 | 3 |
| Motion for Summary Judgment, doc. #32 | 3 |
| Memorandum in support of Motion for Summary Judgment, doc. #33 | 4 |
| Statement of Material Facts regarding Motion for Summary Judgment, doc. #34 | 5 |
| Appendix to Motion for Summary Judgment, doc. #35 | 6 |
| Memorandum in opposition to Motion for Summary Judgment, doc. #38 | 7 |
| Statement of Material Facts regarding Motion for Summary Judgment, doc. #39 | 8 |
| Appendix regarding Motion for Summary Judgment, doc. #40 | 9 |
| Reply to response to Motion for Summary Judgment, doc. #42 | 10 |
| Reply to response to Motion for Summary Judgment, doc. #43 | 11 |
| Second Amended Complaint, doc. #45 | 12 |
| Answer and Affirmative Defenses to Second Amended Complaint, doc. #48 | 13 |

| | |
|---|---|
| Supplemental Memo. in support re Motion for Summary Judgment, doc. #51 | 14 |
| Sealed document re Motion for Summary Judgment, doc. #53 | 15 |
| Minute Entry for proceedings - Motion Hearing, doc. #55 | 16 |
| Motion for Leave to File Second Supp. Memorandum, doc. #56 | 17 |
| Endorsement Order granting Motion for Leave to File , doc. #58 | 18 |
| Second Reply to Response to motion for Summary Judgment, doc. #59 | 19 |
| Sealed Document re Motion for Leave to File, doc. #57 | 20 |
| Ruling Granting Motion for Summary Judgment, signed by UNDERHILL, S. 3/31/04, entered 4/5/04, doc. #60 | 21 |
| Ruling Granting Motion for Summary Judgment, signed by UNDERHILL, S. 3/31/04, entered 4/14/04, doc. not numbered | 22 |
| Sealed Document by Plaintiff, doc. #62 | 23 |
| JUDGMENT, dated 4/14/04. doc. #61 | 24 |
| Memorandum in Opposition to Motion for Reconsideration, doc. #63 | 25 |
| Memorandum in Opposition to Motion for Reconsideration, doc. #64 | 26 |
| Sealed Document by Plaintiff, doc. #67 | 27 |
| Motion for Extension of Time to File, doc. #66 | 28 |
| Endorsement Order denying Motion to Stay Judgment, doc. # 68 | 29 |
| Order Denying Sealed Document, doc. #69 | 30 |

Clerk's Certificate

Respectfully submitted,
PLAINTIFF MICHELLE MARTIN

BY: _____
MICHAEL T. PAES, ESQ.
Paes & Paes, LLC
4 Washington Avenue
Sandy Hook, CT 06482
203-270-6441/ Fed. Bar No. CT 19303

## Certification

I hereby certify that a copy of the Index appended hereto was sent via US mail to defendants' counsel of record on this July 8, 2004:

Hugh F. Murray, III, Esq. and Everett Newton, Esq.
City Place I
185 Asylum Street
Hartford, CT 06103

and

Marilyn B. Fagelson, Esq.
Whitney Grove Square
Two Whitney Avenue, PO Box 704
New Haven, CT  06503-0704

Michael T. Paes