# DISTRICT OF CONNECTICUT - BRIDGEPORT
## NOTICE OF APPEAL COVER MEMO

**DATE:** June 15, 2004     **TO:** Intake Clerk

**FROM:** Tasha Simpson   203-579-5657

**FILED**
2004 JUL 15 A 11: 54
U.S. DISTRICT COURT
BRIDGEPORT, CONN

**CASE TITLE:** Martin vs Dupont Flooring, et al.

**DOCKET NO.:** 3:01 cv 2189 (SRU)

**NOTICE OF APPEAL:** filed: June 10, 2004

**APPEAL FROM:**
final judgment: **yes**
interlocutory: __
other: __

**DOCKET SHEET:**
Attorney, updated address & phone number for each party __Y__

All parties are listed on Docket Sheet
(Including Third Parties) __Y__

All docket entries and dates are included __Y__

**FEE STATUS:**   Paid ✓    Due ____    N/A ____

IFP revoked ____    Application Attached ____

IFP pending before district judge ____

**COUNSEL:**   CJA ____    Retained ✓    Pro Se ____

**TIME STATUS:**   Timely ____    Out of Time ✓

**MOTION FOR EXTENSION OF TIME:**  Granted ____   Denied ____

**COA:**   Granted ____   Denied ____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _Patricia Maltera_   DATE: 6/29/04
DEPUTY CLERK, USCA

USCA No. _____.