UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHELLE MARTIN,

                       CIV. ACTION NO.   301CV02189(SRU)

         Plaintiff,

     v.

                           7/6/04

DUPONT FLOORING SYSTEMS, INC. and
DUPONT COMMERCIAL FLOORING SYSTEMS, INC.,

         Defendants.

## INDEX TO THE RECORD ON APPEAL

I HEREBY ACKNOWLEDGE RECEIPT OF THE
CERTIFIED COPY OF DOCKET ENTRIES AND
INDEX IN LIEU OF RECORD ON APPEAL.

DATE: 7/12/04

ROSEANN B. MacKECHNIE
CLERK, U.S.C.A. 2ND CIRCUIT

| | No. of pages |
|---|---|
| Cert. Copy of docket sheet | 9 |
| | Document No. |
| Motion to Amend, doc. #30 | 1 |
| Memorandum in support of Motion to Amend, doc. #31 | 3 |
| Motion for Summary Judgment, doc. #32 | 3 |
| Memorandum in support of Motion for Summary Judgment, doc. #33 | 4 |
| Statement of Material Facts regarding Motion for Summary Judgment, doc. #34 | 5 |
| Appendix to Motion for Summary Judgment, doc. #35 | 6 |
| Memorandum in opposition to Motion for Summary Judgment, doc. #38 | 7 |
| Statement of Material Facts regarding Motion for Summary Judgment, doc. #39 | 8 |
| Appendix regarding Motion for Summary Judgment, doc. #40 | 9 |
| Reply to response to Motion for Summary Judgment, doc. #42 | 10 |
| Reply to response to Motion for Summary Judgment, doc. #43 | 11 |
| Second Amended Complaint, doc. #45 | 12 |
| Answer and Affirmative Defenses to Second Amended Complaint, doc. #48 | 13 |