

Nhct
01-cv-2189
Underhill

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

**SUMMARY ORDER**

**THIS SUMMARY ORDER WILL NOT BE PUBLISHED IN THE FEDERAL REPORTER AND MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY TO THIS OR ANY OTHER COURT, BUT MAY BE CALLED TO THE ATTENTION OF THIS OR ANY OTHER COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA.**

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 28 day of March, two thousand and five.

Present:   HON. JON O. NEWMAN,
           HON. RICHARD C. WESLEY,
           HON. PETER W. HALL,
                       *Circuit Judges.*

MICHELLE MARTIN,

    *Plaintiff-Appellant,*

—v.—

DUPONT FLOORING SYSTEMS, INC. AND DUPONT
COMMERCIAL FLOORING SYSTEMS, INC.,

    *Defendants-Appellees.*

No. 04-3583

A TRUE COPY
Roseann B. MacKechnie, CLERK
DEPUTY CLERK

Appearing for Plaintiff-Appellant:   MICHAEL T. PAES, Paes & Paes, LLC, Sandy Hook, CT.

Appearing for Defendants-Appellees:   EVERETT E. NEWTON (Marilyn B. Fagelson, *on the*

1

ISSUED AS MANDATE: 4/18/05

*brief*), Murtha Cullina LLP, Hartford, CT *for Defendants-Appellees.*

Appeal from the United States District Court for the District of Connecticut (Underhill, J.).

1  **UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND**
2  **DECREED**, that the judgment of the district court be **AFFIRMED**.
3  Familiarity by the parties is assumed as to the facts, the procedural context, and the
4  specification of appellate issues. Plaintiff-appellant Michelle Martin brought an action against
5  defendants, claiming breach of contract, promissory estoppel, negligent misrepresentation, breach
6  of implied covenant of good faith and fair dealing, fraud, and discrimination in violation of Title
7  VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e – 2000e-17. The district court granted
8  summary judgment to defendants on all counts. Having considered all of Martin's arguments, we
9  affirm for substantially the same reasons stated by Judge Underhill.
10 Accordingly, the judgment of the district court is hereby AFFIRMED.

For the Court
Roseann B. MacKechnie, Clerk

By: *Lucille Carr*